**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6246**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRON FIONE JONES,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CR-98-89, CA-00-142-1-T)

---

Submitted: June 29, 2001                    Decided: July 11, 2001

---

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Barron Fione Jones, Appellant Pro Se. Jerry Wayne Miller, United States Attorney, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barron Fione Jones appeals the denial of his Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's dismissal of his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Jones' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Jones, Nos. CR-98-89; CA-00-142-T (W.D.N.C. June 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED